UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ABDIEL F. AVILA,                  :
                                  :    Civil Action No. 07-3387 (NLH)
            Petitioner,           :
                                  :
      v.                          :    **ORDER**
                                  :    (CLOSED)
STATE OF NEW JERSEY,              :
                                  :
            Respondent.           :

   For the reasons set forth in the Court's Opinion filed herewith,

   It is on this   6th   day of September, 2007

   ORDERED that the application for a writ of habeas corpus, construed as a petition for habeas relief under 28 U.S.C. § 2241(C)(3), is dismissed without prejudice for non-exhaustion of state court remedies; and it is further

   ORDERED that no certificate of appealability will issue; and it is finally

   ORDERED that the Clerk of the Court shall close this file accordingly.

                                  s/Noel L. Hillman
                                  NOEL L. HILLMAN
                                  United States District Judge

At Camden, New Jersey